UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| CHRISTOPHER L. CLARK | ) | |
| | ) | |
| v. | ) | NO. 3:09-CV-161 |
| | ) | (Cr: 3:00-CR-100) |
| UNITED STATES OF AMERICA | ) | *Judge Jordan* |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, petitioner's *pro se* motion to vacate, set aside, or correct a sentence filed under 28 U.S.C. § 2255 is **DISMISSED without prejudice** for lack of jurisdiction. For reasons stated in the opinion, should petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED,** given his failure to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
   CLERK OF COURT